```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ANAND PARTNERSHIP LLC d/b/a/ DAYS INN OF             :
MCALLEN,                                             :
                                                    :
                            Plaintiff,               :    23 Civ. 4429 (JPC)
                                                    :
            -v-                                      :    ORDER
                                                    :
MT. HAWLEY INSURANCE COMPANY,                        :
                                                    :
                            Defendant.               :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Under the Case Management Plan entered by the Court on August 2, 2023, a joint status letter was due on March 8, 2024. Dkt. 13 ¶ 18. No such letter has been filed. The parties are ordered to submit the required status letter by April 22, 2024.

SO ORDERED.

Dated: April 16, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge